**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 25, 2024.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00279-CV

---

**RUSSELL HOWARD, Appellant**

**V.**

**SOUTHWAY CRANE AND RIGGING, LLC, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-76670**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed March 28, 2024 denying a special appearance. On July 5, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.